IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 0 4 1998    EE

Michael N. Milby, Clerk of Court

| | |
|---|---|
| AMERICAN INSURANCE COMPANY § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| WATCHTOWER BIBLE & TRACT § | CIVIL ACTION NO. H-98-2022 |
| SOCIETY OF NEW YORK, INC., § | |
| WATCHTOWER BIBLE & TRACT § | |
| SOCIETY OF PENNSYLVANIA; § | |
| WATCHTOWER BIBLE & TRACT § | |
| SOCIETY OF NEW JERSEY, INC.; § | |
| and BROWNSVILLE EAST KINGDOM § | |
| HALL OF JEHOVAH'S WITNESSES § | |
| § | |
| Defendants. § | |

## AMERICAN INSURANCE COMPANY'S
## VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**COMES NOW** Plaintiff, American Insurance Company, a Nebraska Corporation ("AIC"), and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure does dismiss without prejudice all causes of action against all defendants. Said dismissal is filed without prejudice since defendants have not served an answer to any of these causes of action filed by Plaintiffs in their complaint.

Dated July 31, 1998.

**American Insurance Company's Voluntary Dismissal Pursuant to Rule 41(a)(2) - Page 1**

Respectfully submitted,

**CARON, McCORMICK, CONSTANTS & GOLDBERG**

1999 Bryan Street, Suite 1115
Dallas, Texas 75201
(214) 220-5013
(214) 220-4278 - FAX

By: _____
Kevin M. Murphy
Texas State Bar No. 14701740

**ATTORNEYS FOR PLAINTIFF
AMERICAN INSURANCE COMPANY**

F:\KMM\WATCHTOWER\PLEADING\RULE41.DIS

**American Insurance Company's Voluntary Dismissal Pursuant to Rule 41(a)(2) - Page 2**