UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 12 1998

Michael N. Milby, Clerk

| | |
|---|---|
| AMERICAN INSURANCE COMPANY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-98-2022 |
| § | |
| WATCHTOWER BIBLE & TRACT § | |
| SOCIETY OF NEW YORK, INC., *ET AL.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Pursuant to American Insurance Company's Rule 41(a)(1) notice of dismissal, it is ORDERED that this case is DISMISSED without prejudice.

Signed this 12th day of August, 1998.

_____
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE